IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Miscellaneous Action No. _____ |

## CERTIFICATE OF CORPORATE DISCLOSURE

The New York Times Company (the "Times") hereby certifies as follows:

The Times is a publicly held corporation. It has no parents, subsidiaries or affiliates that have issued shares to the public, and there are no publicly held companies that hold 10% or more of its stock. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: September 4, 2008

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: _____
David A. Schulz, D.C. Bar No. 459197
Jeanette M. Bead, D.C. Bar No. 480539

1050 17th Street, NW
Suite 800
Washington, DC 20036-5514
Phone (202) 508-1100
Fax (202) 861-9888

*Of Counsel:*

    David E. McCraw
    The New York Times Company
    620 Eighth Avenue
    18th Floor
    New York, NY 10018