UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE
APPLICATION OF THE NEW YORK
TIMES COMPANY FOR ACCESS TO
CERTAIN SEALED COURT RECORDS

Misc. Action No. 08-mc-576

## ORDER

Upon consideration of the "Motion for Public Access to Certain Sealed Court Records" regarding the anthrax mailing of 2001, filed today by the New York Times Company, the United States Attorney for the District of Columbia shall provide to the Court *in camera*, with the response of the United States to the Motion, a listing of all the sealed docket numbers containing the materials sought, in order to facilitate the Court's review of the Motion.

**SO ORDERED.**

Royce C. Lamberth, Chief Judge       9/4/08

Date