IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 18 2008

Clerk, U.S. District and
Bankruptcy Courts

IN THE MATTER OF THE APPLICATION
OF THE NEW YORK TIMES COMPANY
FOR ACCESS TO CERTAIN SEALED
COURT RECORDS

Misc. Action No. 1:08-mc-00576-RCL

## ORDER

Upon consideration of Los Angeles Times Communications LLC's unopposed motion to intervene and for public access to certain sealed court records, it is this 18th day of Sept., 2008, hereby ORDERED, that the Motion is **GRANTED**:

Los Angeles Times Communications LLC ("Los Angeles Times") is permitted to intervene in this miscellaneous matter and to join the pending motion for public access to certain sealed court records filed by The New York Times Company. Any additional briefing from the movants shall be consolidated and shall be filed on behalf of Los Angeles Times and The New York Times Company.

Royce C. Lamberth
ROYCE C. LAMBERTH
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA