IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 1:08-mc-00576-RCL |

**ADDENDUM TO MOTION FOR**
**PUBLIC ACCESS TO CERTAIN SEALED RECORDS**

In light of the Court's September 24, 2008 Order unsealing additional search warrant materials relating to Dr. Bruce Ivins, The New York Times Company and Los Angeles Communications LLC (together, "Movants") hereby withdraw that part of their Motion for Public Access to Certain Sealed Records which sought to unseal search warrant materials relating to Dr. Bruce Ivins. Movants continue to request access to search warrant materials relating to Dr. Stephen Hatfill and Peck Chegne.

Dated: September 29, 2008

                                          Respectfully submitted,

                                          LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                          By:        /s/ Jeanette M. Bead
                                                David A. Schulz, DC Bar No. 459197
                                                Jeanette M. Bead, DC Bar No. 480539

                                          1050 Seventeenth Street, NW
                                          Suite 800
                                          Washington, DC 20036-5514
                                          Phone (202) 508-1100
                                          Fax (202) 861-9888

*Of Counsel:*

David E. McCraw
The New York Times Company
620 Eighth Avenue
18th Floor
New York, NY 10018

Karlene W. Goller
Los Angeles Times Communications LLC
202 West First Street
Third Floor
Los Angeles, California 90012