# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DULCIDIO QUIRINDONGO | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 04-CV-01378 RCL |
| | ) **ECF** |
| | ) |
| DRUG ENFORCEMENT | ) |
| AGENCY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of John C. Truong, Assistant U.S. Attorney, as counsel of record for the defendants, in the above-captioned case and withdraw the appearance of Assistant U.S. Attorney Uldric L. Fiore, Jr.

Respectfully submitted,

/s/
JOHN C. TRUONG, D.C. BAR # 465901
Assistant United States Attorney
555 4th Street, NW, Room E4108
Washington, DC 20530
(202) 307-0406
(202) 514-8780 (facsimile)


/s/
ULDRIC L. FIORE, JR., D.C. Bar # 386152
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Room
Washington, D.C. 20530
Phone: (202) 307-0299

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 10th day of May, 2005, I caused the foregoing <u>Notice of Appearance</u> to be served on plaintiff *pro se*, postage prepaid, in an envelope marked "Legal Mail. Open in presence of inmate only" and addressed as follow:

Dulcidio Quirindongo
R51943-066
U.S. Penitentiary
P.O. Box 26030
Beaumont, TX 77720

                                                  /s/
                                        JOHN C. TRUONG
                                        Assistant United States Attorney