IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 1:08-mc-00576-RCL |

**UNOPPOSED MOTION TO SEAL DECLARATION AND
FOR PERMISSION TO FILE DECLARATION IN REDACTED FORM**

    The New York Times Company and Los Angeles Times Communications LLC (together, "Movants"), hereby respectfully move the Court for an Order sealing the Declaration of Jeanette Melendez Bead. In support of this Motion, Movants aver as follows:

    1.    On September 29, 2008, Movants filed a Motion for Order Setting Date by Which the Government Shall File Opposition to Motion for Public Access to Certain Sealed Records.

    2.    The Declaration of Jeanette Melendez Bead (the "Bead Declaration"), which was submitted with the Motion, inadvertently included the personal cell phone number of Rachel Carlson Lieber, the Assistant United States Attorney representing the government in this matter.

    3.    Ms. Lieber's personal cell phone number is not essential to the motion, and Movants therefore request that they be permitted to substitute a new version of the Bead Declaration with Ms. Lieber's personal cell phone number redacted. A copy of the new version is attached hereto as Exhibit A.

    4.    Movants are authorized to inform the Court that the government does not oppose this Motion.

Dockets.Justia.com

WHEREFORE, for the reasons stated herein Movants respectfully request that the Court grant their motion and enter an Order sealing the Declaration of Jeanette Melendez Bead and permitting them to substitute the Bead Declaration with the redacted Declaration attached hereto.

Dated: September 29, 2008

        Respectfully submitted,

        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

        By: /s/ Jeanette M. Bead
            David A. Schulz, DC Bar No. 459197
            Jeanette M. Bead, DC Bar No. 480539

        1050 Seventeenth Street, NW
        Suite 800
        Washington, DC 20036-5514
        Phone (202) 508-1100
        Fax (202) 861-9888

*Of Counsel:*

David E. McCraw
The New York Times Company
620 Eighth Avenue
18th Floor
New York, NY 10018

Karlene W. Goller
Los Angeles Times Communications LLC
202 West First Street
Third Floor
Los Angeles, California 90012