IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 1:08-mc-00576-RCL |

**FILED**

OCT - 1 2008

Clerk, U.S. District and Bankruptcy Courts

**ORDER**

Upon consideration of the Motion for Order Setting Date by Which the Government Shall File Opposition to Motion for Public Access to Certain Sealed Records, it is this 1st day of October 2008, hereby

ORDERED that the government shall file its opposition to the Motion for Public Access to Certain Sealed Records by Friday, October 3, 2008.

ROYCE C. LAMBERTH
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA