IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION
OF THE NEW YORK TIMES COMPANY
FOR ACCESS TO CERTAIN SEALED
COURT RECORDS

Misc. Action No. 1:08-mc-00576-RCL

**FILED**

SEP 29 2008

Clerk, U.S. District and
Bankruptcy Courts

ORDER

Upon consideration of the Unopposed Motion to Seal Declaration and for Permission to File Declaration in Redacted Form, , it is this 29th day of Sept. 2008, hereby

ORDERED that the Motion is granted. The Declaration of Jeanette Melendez Bead (the "Bead Declaration"), which is attachment #1 to the Motion for Order Setting Date by Which Government Shall File Opposition to Motion for Public Access to Certain Sealed Records (Docket #7), shall be placed under seal and substituted with a redacted version of the Bead Declaration.

ROYCE C. LAMBERTH
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA