# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Misc. Action No. 1:08-mc-00576-RCL |

## NOTICE OF ERRATA TO THE REPLY
## MEMORANDUM IN FURTHER SUPPORT OF MOTION
## FOR PUBLIC ACCESS TO CERTAIN SEALED COURT RECORDS

The New York Times Company and Los Angeles Times Communications LLC submit this Notice of Errata to their Reply Memorandum in Further Support of Motion for Public Access to Certain Sealed Court Records to correct the following editing error overlooked during proofreading:

> On page 3, in the paragraph after Roman numeral I, substitute "No other Circuit has held to the contrary" with "No other Circuit has held to the contrary under the circumstances presented here."

For the Court's convenience, a corrected reply memorandum is attached.

Dated: October 16, 2008               Respectfully submitted,

                                      LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                      By:          /s/ Jeanette M. Bead
                                            David A. Schulz, DC Bar No. 459197
                                            Jeanette M. Bead, DC Bar No. 480539

                                      1050 Seventeenth Street, NW
                                      Suite 800
                                      Washington, DC 20036-5514
                                      Phone (202) 508-1100
                                      Fax (202) 861-9888

*Of Counsel:*

David E. McCraw
The New York Times Company
620 Eighth Avenue
18th Floor
New York, NY 10018

Karlene W. Goller
Los Angeles Times Communications LLC
202 West First Street
Third Floor
Los Angeles, California 90012