UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | ) ) ) ) ) ) ) ) Misc. No. 08-00576 (RCL) |

**ORDER**

Upon consideration of the New York Times' and Los Angeles Times' motion [1] for public access to sealed court records, the opposition, the reply, the entire record herein, and the arguments advanced at the hearing on November 12, 2008, it is hereby

ORDERED that the motion is GRANTED. The government will be required to release all warrant materials regarding Dr. Steven Hatfill and Ms. Peck Chegne, redacting limited portions that would tend to reveal the identity of a confidential informer. It is further

ORDERED that the government promptly submit the proposed redactions of the warrant materials to the Court for review and release.

Signed by Chief Judge Royce C. Lamberth on November 17, 2008.