UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | ) ) ) ) ) ) ) ) Misc. No. 08-00576 (RCL) |

ORDER

After reviewing the warrant materials in this matter, it is hereby

ORDERED that the redactions proposed by the government are approved, and the redacted materials attached to this order are hereby released. The redactions relate to material that would tend to reveal the identity of a confidential informant, specific identifying information, or other sensitive law enforcement techniques. Further redactions were made regarding information unresponsive to the pending motion. In magistrate number 02-460, the Court's docket reflects that a return was filed. However, the Court was unable to locate a copy of the return in its files and was also unable to locate a copy that could be used to reconstruct the Court's file.

SO ORDERED.

_____    __11/25/08__
Chief Judge Royce C. Lamberth          Date